**IN the INTEREST OF:
C.G.F., Plaintiff,**

**Juvenile Officer, Respondent,**

v.

**M.R.C.F., Appellant.**

**WD 80129**

Missouri Court of Appeals,
Western District.

April 18, 2017

Kate Noland, Liberty, MO, Counsel for Appellant

John Shank, Kansas City, MO, Counsel for Respondent

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

M.R.C.F. appeals a judgment placing minor child C.G.F. in the care and custody of the Children's Division. For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).